IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEV SINH DHALIWAL, et al., ) | Case No.: 1:03-cv-06123 TAG |
| Plaintiffs, ) | |
| ) | ORDER VACATING STATUS CONFERENCE |
| v. ) | |
| ESTATE OF SATWANT K. BRAR, ) Deceased, et al., ) | |
| Defendants. ) | |

A fully executed stipulation for dismissal of this matter with prejudice having been filed on April 5, 2006 (Doc. 21) and an order of dismissal having been entered thereon,

It is therefore ORDERED that the Status Conference previously scheduled for April 19, 2006 at 9:30 a.m. (Doc. 20) is VACATED.

IT IS SO ORDERED.

Dated:   **April 12, 2006     /s/ Theresa A. Goldner**
**j6eb3d**                    UNITED STATES MAGISTRATE JUDGE

1