UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GURDEV SINGH DHALIWAL; GURMEET KAUR BRAR, | ) Case No.: CIV F 03-6123 TAG |
| | ) |
| | ) STIPULATION RE DISMISSAL |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL |
| vs. | ) |
| | ) |
| ESTATE OF SATWANT K. BRAR, DECEASED; DELTA ENTERPRISES LTD.; BROWN BROS. MOTOR LEASE CANADA LTD.; AND SWARNJEET K. UPPAL; CHARANJEET K. MANN AMARRJEET K. BULLAR; PRITPAL KAUR; BEANT S. DHALIWAL; DALJEET S. DHALIWAL; AND SURINDERPAL K. DHALIWAL, AS C.C.P. 382 DEFENDANTS; AND DOES 1 TO 50, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

TO THE HONORABLE COURT:

All parties to this action agreed to settle this case. A payment was made on behalf of all defendants to all the plaintiffs in the amount of $408,000 Canadian in return for a release of all claims by the plaintiffs against all defendants, which has been provided, and the stipulation to dismiss this matter.

THEREFORE, IT IS STIPULATED by and between Paul

Welchans, Chain, Younger, Cohn & Stiles, on behalf of all

STIPULATION RE DISMISSAL

plaintiffs, and Peter Dubrawski, Haight, Brown & Bonesteel,

LLP, representing all defendants, that this matter may be

dismissed in its entirety with prejudice.  It is

respectfully requested that the Court so order.

DATED:  April 4, 2006          /s/ Peter A. Dubrawski____
                               Peter A. Dubrawski
                               Attorneys for Defendants

Dated:  April 5, 2006          /s/ Paul Welchans_____
                               Paul Welchans
                               Attorneys for Plaintiffs


                              ORDER

        Pursuant to the agreement and stipulation of the parties, it is hereby

ORDERED that this matter be dismissed with prejudice.


IT IS SO ORDERED.

Dated:  __April 12, 2006__     _____/s/ Theresa A. Goldner_____
**j6eb3d**                                UNITED STATES MAGISTRATE JUDGE